William C. Robinson, Administrator, Defendant in Error, v. Louis A. Kraft, Plaintiff in Error, and Henry Hudson, Trustee, et al., Defendants in Error.

## Gen. No. 5233.

This case is controlled by the decision in Robinson v. Kraft, *ante*, p. 213.

Bill in chancery.  Error to the Circuit Court of Lake county; the Hon. CHARLES H. DONNELLY, Judge, presiding.  Heard in this court at the October term, 1909.  Affirmed.  Opinion filed March 11, 1910.

G. J. GEORGE and ALONZO HOFF, for plaintiff in error.

EDWARD J. HEYDECKER and ELAM L. CLARKE, for defendant in error.

MR. JUSTICE THOMPSON delivered the opinion of the court.

This case is a suit in chancery between the same parties as No. 5232, to foreclose a mortgage given to secure a note for $2,000. The note and mortgage are of the same date and the mortgage is on the same premises as that in No. 5232. The cases were heard on the same evidence. The same questions are argued by the same counsel, the briefs and arguments in both cases are identical. The opinion in the preceding case is decisive of this case. *Ante,* p. 213. The decree is affirmed.

*Affirmed.*